1  **DORSEY & WHITNEY LLP**
   David J. Brezner (SB 38420)
2  Sri K. Sankaran (SB 236584
   Diane J. Mason (SB 168202)
3  Victor E. Johnson (SB 226538)
   555 California Street, Suite 1000
4  San Francisco, CA 94104-1513
   Telephone:  (415) 781-1989
5  Facsimile:  (415) 398-3249
   E-mail: brezner.david@dorsey.com

   Attorneys for Plaintiff
   Acutherm, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ACUTHERM, L.P., a California Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICKARD AIR DIFFUSION, INC., a North Carolina Corporation; and AIR SYSTEM COMPONENTS, L.P., a Delaware Limited Partnership.<br><br>　　　　　Defendant. | CASE NO.: C 06-00402 CW<br><br>Before the Honorable Claudia Wilken<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-3, AND**<br><br>**ORDER** |

Plaintiff Acutherm, L.P. and Defendants Rickard Air Diffusion and Air System Components, L.P. and respective counsel for Acutherm, L.P. and Air System Components, L.P. have met and conferred. The parties are in the process of trying to settle this dispute. To permit settlement negotiations to proceed, Acutherm, L.P. has agreed not to serve defendants until May 10, 2005. Therefore, in view of the court's schedule, Acutherm respectfully requests that

---

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

4816-5885-3120\1

the case management conference currently set for April 21, 2006 be rescheduled to a date convenient for the Court on or after September 8, 2006, and that all dates set in the Order setting Initial Case Management Conference be continued for a corresponding period of time, so that the parties will have time to finalize a settlement agreement.

Counsel representing Defendants in the settlement discussions have been consulted and have indicated that they do not object to a continuance of the Case Management Conference and related dates.

DATED:  March 31, 2006                    DORSEY & WHITNEY LLP


By: _____/s/_____

   DAVID J. BREZNER
   SRI K. SANKARAN
   DIANE J. MASON
   VICTOR E. JOHNSON

Attorneys for Acutherm, L.P.


IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management conference has been rescheduled to September 8, 2006 at 1:30 p.m. IT IS SO ORDERED.

      4/4                                                              /s/ CLAUDIA WILKEN

Dated: _____, 2006    _____
                                                                            The Honorable Claudia Wilken
                                                                       United States District Judge

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER