DAVID J. BREZNER (SB 38420)
SRI K. SANKARAN (SB 236584)
DIANE J. MASON (SB 168202)
VICTOR E. JOHNSON (SB 226538)
DORSEY & WHITNEY LLP
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249
E-Mail: Brezner.David@Dorsey.com

Attorneys for Plaintiff
Acutherm, L.P.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ACUTHERM, L.P., a California Limited Partnership, <br><br> Plaintiff, <br> vs. <br><br> RICKARD AIR DIFFUSION, INC., a North Carolina Corporation; and AIR SYSTEM COMPONENTS, LP, a Delaware Limited Partnership, <br><br> Defendants. | Case No.  C 06-0402 CW <br><br> **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| AIR SYSTEM COMPONENTS, LP, a Delaware Limited Partnership, <br><br> Counterclaimant, <br><br> vs. <br><br> ACUTHERM, L.P., a California Limited Partnership, <br><br> Counterdefendant. | |

Pursuant to the stipulation of Plaintiff Acutherm L.P. ("Acutherm") and Defendant Air System Components, L.P. ("Air System"), and in view of the fact that Defendant Rickard Air

Diffusion, Inc. ("Rickard"), has not answered or entered an appearance in this case, IT IS HEREBY ORDERED THAT:

1. Acutherm's Complaint against Air System and Rickard is hereby DISMISSED WITHOUT PREJUDICE, with all parties to bear their own costs, expenses and attorneys fees.

2. Air System's Counterclaim against Acutherm is hereby DISMISSED WITHOUT PREJUDICE, with all parties to bear their own costs, expenses and attorneys fees.

3. IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 10, 2006

/s/ CLAUDIA WILKEN

The Honorable Claudia Wilken
United States District Judge